IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLY GRAJEK,

    Plaintiff,

  v.

Case No. 17-cv-705-jdp

HEIDI BLOYER, TRENT LANDT,
GARY BOUGHTON and MARK
KARTMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 7/23/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |